BOARD OF EDUCATION, TOWNSHIP OF LITTLE EGG HAR-
BOR, APPELLANTS, v. BOARDS OF EDUCATION, TOWN-
SHIP OF GALLOWAY; CITY OF ATLANTIC CITY; TOWN-
SHIP OF MARLBORO; FREEHOLD REGIONAL HIGH
SCHOOL DISTRICT; AND THE BUREAU OF CHIL-
DREN'S SERVICES, DEPARTMENT OF INSTITUTIONS
AND AGENCIES, STATE OF NEW JERSEY, RESPON-
DENTS.

Argued September 13, 1976—Decided October 20, 1976.

Mr. *James L. Wilson* argued the cause for appellant.

Mr. *Thomas J. Demarest* argued the cause for respondent Freehold Regional High School District Board of Education (*Messrs. Cerrato, O'Connor, Mehr and Saker,* attorneys; *Mr. Dominic A. Cerrato* on the brief).

Ms. *Mary Ann Burgess,* Deputy Attorney General, argued the cause for respondents New Jersey State Board of Education and Division of Youth and Family Services (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney; *Mr. Stephen Skillman,* Assistant Attorney General, of counsel).

PER CURIAM. The judgment is reversed substantially for the reasons expressed by Judge Morgan in her dissenting opinion. 145 *N. J. Super.* 1 at 7.

Three members of the Court would affirm substantially for the reasons expressed in the majority opinion of the Appellate Division.

*For reversal*—Chief Justice HUGHES, Justices MOUNTAIN and SCHREIBER and Judge CONFORD—4.

*For affirmance*—Justices SULLIVAN, PASHMAN and CLIFFORD—3.